

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.C. MORRIS AND NORTH AMERICAN EQUIPMENT COMPANY, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 398CV2092-L |
| RODNEY E. SLATER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF TRANSPORTATION; KENNETH R. WYKLE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ADMINISTRATOR OF FEDERAL HIGHWAY ADMINISTRATION; DAVID M. LANEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS COMMISSIONER OF TRANSPORTATION FOR TEXAS; ROBERT LEE NICHOLS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS MEMBER OF TEXAS TRANSPORTATION COMMISSION; ANNE WYNNE, IN HER INDIVIDUAL AND OFFICIAL CAPACITY AS MEMBER OF TEXAS TRANSPORTATION COMMISSION; TEXAS DEPARTMENT OF TRANSPORTATION; CITY OF IRVING, TEXAS; MORRIS PARRISH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS MAYOR OF CITY OF IRVING, TEXAS; LEE F. JACKSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS COUNTY JUDGE OF DALLAS COUNTY, TEXAS, COMMISSIONERS COURT; AND DALLAS COUNTY, TEXAS, | § | |
| Defendants. | § | |



**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFFS J.C. MORRIS AND NORTH AMERICAN EQUIPMENT
COMPANY**



This Court, having considered the Motion to Withdraw As Counsel for Plaintiffs J.C. Morris and North American Equipment Company, which J. Martin Robertson and Larry J. Bradfish and their law firm, Gray Cary Ware & Freidenrich LLP, brought to withdraw as counsel for Plaintiffs in this case, and all papers filed in connection therewith, and for good and just cause shown, hereby grants the Motion to Withdraw As Counsel for Plaintiffs J.C. Morris and North American Equipment Company.

IT IS THEREFORE SO ORDERED.

Dated: April 13, 1999

_____
Sam A. Lindsay
Judge of the United States District Court