

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 7 2000
NANCY DOHERTY, CLERK
By _____ Deputy

| | |
|---|---|
| J.C. MORRIS AND NORTH AMERICAN EQUIPMENT COMPANY,<br>Plaintiffs,<br><br>v.<br><br>RODNEY E. SLATER, et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 3:98-CV-2092-L<br>§<br>§<br>§ |

## ORDER

Before the court are Plaintiffs' Motion for Leave to File Second Amended Complaint, filed December 11, 1998; Federal and State Defendants Motion to Dismiss Plaintiff North American Equipment Company, filed November 5, 1998; and County Defendant's Motion to Dismiss Plaintiff North American Equipment Company, filed November 12, 1998. Upon consideration of the motions, the court **grants** Plaintiffs' Motion for Leave to File Second Amended Complaint, and **denies** without prejudice Defendants' motions to dismiss. Defendants may reurge their motions, if they so desire, in response to Plaintiff's Second Amended Complaint. Accordingly, the clerk of the court is hereby directed to file Plaintiffs' Second Amended Complaint, which is attached as Exhibit 1 to Plaintiffs' motion for leave.

It is so ordered this 7th day of April, 2000.

Sam A. Lindsay
United States District Judge

ENTERED ON DOCKET
APR - 7 2000
U S DIST CT CLERK'S OFFICE

Order - Solo Page