IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| J.C. MORRIS AND NORTH AMERICAN EQUIPMENT COMPANY, § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 398CV2092-L |
| § | |
| RODNEY E. SLATER, et al. § § | |
| Defendants. § | |

## ORDER EXTENDING DEADLINE
## TO FILE DISPOSITIVE MOTIONS

Upon consideration of Defendant, City of Irving and Plaintiff, J.C. Morris' Motion for Extension of Time to File Dispositive Motions, the Court finds that there exists good cause to extend the deadline to file dispositive motions and hereby **GRANTS** the Motion for Extension of Time to File Dispositive Motions.

**IT IS THEREFORE ORDERED** that the deadline for filing such motions, including motions for summary judgment, be extended until Wednesday, July 12, 2000.

SIGNED this 12th day of July, 2000.

/s/ SAM A. LINDSAY
SAM A. LINDSAY
UNITES STATES DISTRICT JUDGE

ENTERED ON DOCKET
JUL 13 2000
US DIST. CLERK'S OFFICE