

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| J.C. MORRIS AND NORTH AMERICAN EQUIPMENT COMPANY, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3-98-CV-2092-L |
| RODNEY E. SLATER, et al. | § § § | |
| Defendants. | § | |

### ORDER

On the date below indicated, came on to be heard the Joint Motion to Dismiss, for the dismissal of the above-entitled and numbered cause with prejudice to the refiling of the same. The Court having considered said Motion finds the parties have satisfactorily compromised and settled all matters in dispute in the above-entitled and numbered cause, and further finds that said motion shall be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the above-entitled and numbered cause be, and the same hereby is, dismissed with prejudice.

Signed this 17th day of August, 2000.

Sam G. Lindsay
JUDGE PRESIDING